FILED

AUG 19 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:26CR 360 |
| TYLER SURRENA, | ) | Title 18, Sections 2251(a), 2252(a)(2), 2252(a)(2) and (b)(2), 2252A(a)(5)(B), and 18 U.S.C. § 1470 United States Code |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury charges:

1. From on or about September 21, 2024 through on or about May 23, 2025, in the Northern District of Ohio, Eastern Division, Defendant TYLER SURRENA did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

COUNT 2
(Receipt of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

2. From on or about May 17, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, TYLER SURRENA, did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files of Minor Victim #2, which files contained visual depictions of Minor Victim #2 engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 3
(Attempted Receipt of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2) and (b)(2))

The Grand Jury further charges:

3. From on or about January 18, 2024 through on or about March 13, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, TYLER SURRENA, did knowingly attempt to receive, using any means and facility of interstate and foreign commerce, numerous computer files of Minor Victim #3, which files contained visual depictions of Minor Victim #3 engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 4
(Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

4. From on or about May 17, 2022 through on or about February 10, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, TYLER SURRENA, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 5
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

5. On or about November 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant TYLER SURRENA did knowingly possess a Black Toshiba Laptop, a Green Apple iPhone A1532, and a Gold Apple iPhone A1633, that contained child pornography as defined in Title 18, Section 2256(8), United States Code, which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, Section 2252A(a)(5)(B), United States Code.

COUNT 6
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

6. On or about April 15, 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TYLER SURRENA did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that is, digital files containing a visual depiction of an adult male penis, to an individual who he believed had not attained the age of 16 years, that is, Minor Victim #4, an eleven (11) year old girl, in violation of Title 18, United States Code, Section 1470.

COUNT 7
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

7. From on or about February 16, 2023 through on or about February 26 2023, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TYLER SURRENA did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that is, digital files containing a visual depiction of an adult male penis, to an individual who he believed had not attained the age of 16 years, that is, Minor Victim #5, a twelve (12) year old girl, in violation of Title 18, United States Code, Section 1470.

COUNT 8
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

8. On or about May 17, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TYLER SURRENA did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that

is, digital files containing a visual depiction of an adult male penis, to an individual who he believed had not attained the age of 16 years, that is, Minor Victim #6, a twelve (12) year old girl, in violation of Title 18, United States Code, Section 1470.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.